| Attorney or Party name, Address, Telephone and FAX Nos, State Bar No. & Email Address<br><br>Gary Polston<br>Gary Polston  219992<br>15635 Alton Parkway, Suite 300<br>IRVINE, CA 92618<br><br>(714) 532-3909  FAX  (714) 532-3996<br>gmp@polstonlaw.com<br><br>☐ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA  SANTA ANA DIVISION**

| In re:<br><br>Patrick Friedlich<br><br>Debtor(s) | CASE NO:<br>CHAPTER: 7<br><br>DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
|---|---|

Debtor(s) provided the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration)*

   ☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/30/2018        Patrick Friedlich                              /s/ (signature)
                        Printed name of Debtor 1                       Signature of Debtor 1

Declaration of Debtor 2 (joint Debtor)(If applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. ☐  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor'ssocial security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration)*

   ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____    _____    _____
                                   Printed name of Debtor 2                           Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 2 | F 1022-1.EMP.INCOME.DEC